# Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**

City ___Hagåtña___                    Related Case Information:        **06-00012**

Country/Parish ___N/A___              Superseding Indictment _____ Docket Number _____
                                       Same Defendant _____ New Defendant ___X___
                                       Search Warrant Case Number _____
                                       R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No ___X___   Matter to be sealed: ___X___ Yes _____ No

Defendant Name ___Zenaida Reyes___

Allisas Name ___Heidi Reyes___

Address _____

___Mangilao, Guam___

Birthdate ___XX/XX/1956___ SS# ___XXX-XX-9308___ Sex ___F___ Race ___A___ Nationality ___US___

**RECEIVED AUG 15 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: ___X___ No _____ Yes        List language and/or dialect: ___N/A___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___       _____ Petty _____ Misdemeanor ___X___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) | VISA FRAUD | 1 |
| Set 2 | 18 U.S.C. § 201(c)(1)(A) | BRIBERY OF PUBLIC OFFICIAL | 2 |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: ___8/15/06___   Signature of AUSA: _[signature]_

**ORIGINAL**