ReyesCPL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 1 5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

**06-00012**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. _____ |
| Plaintiff, ) | **COMPLAINT** |
| vs. ) | **VISA FRAUD** [18 U.S.C. § 1546(a)] (Count 1) |
| ZENAIDA D. REYES a/k/a HEIDI REYES, ) | **BRIBERY OF PUBLIC OFFICIAL** [18 U.S.C. § 201(c)(1)(A)] (Count 2) |
| Defendant ) | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

### COUNT I - VISA FRAUD

On or between April 4, 2006, to present, within the District of Guam and elsewhere, the defendant, ZENAIDA D. REYES a/k/a HEIDI REYES, obtained a visa and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay or employment in the U.S. knowing it to have been procured by means of false claim and statement, and to have otherwise been procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT II - BRIBERY OF PUBLIC OFFICIAL

On or between June 23, 2006, and July 21, 2006, within the District of Guam and elsewhere, the defendant, ZENAIDA D. REYES a/k/a HEIDI REYES, directly or indirectly, gave, offered, and promised a thing of value to a public official, for and because of an official act performed or to be performed by said public official, in violation of Title 18, United States Code, Section 201(c)(1)(A).

COMPLAINANT FURTHER STATES:

I, John San Agustin Duenas, being a Special Agent with the U.S. Immigration and Customs Enforcement (ICE) of the Department of Homeland Security, and acting in my official capacity, set for the following facts:

1. I am a Special Agent with the U.S. Immigration and Customs Enforcement, formerly known as the Untied States Customs Service. I have been employed as a Special Agent for approximately five (5) years. Prior to my employment with the United States Customs Service, I was a Police Officer with the Guam Police Department for 12 years.

2. On April 4, 2006, the non-immigrant visa section of the U.S. Consulate in Manila, Philippines, received nine (9) H2B visa applications from nine female Philippines nationals seeking visas authorizing travel from the Philippines to Guam for the purpose of working as "Guest Relations Officers" at Alindog Karaoke Lounge in Guam. The visa petitions were submitted by Zenaida "Heidi" REYES who is the owner of 813 Corporation doing business as Alindog Karaoke Lounge in Guam. The 9 female Philippine nationals were:

Raquel Diaz Capras, DOB: ▮1979
Cynthia Manuel Mesina, DOB: ▮1979
Michelle Marie Quintia, DOB: ▮1985
Karen Ganiban Navarro, DOB: ▮1981
Elinor Abraham Labres, DOB: ▮1978
Iris Moran Manlapaz, DOB: ▮1982
Ma Christina Lopez, DOB: ▮1982

2

Mary Cantillo Norcio, DOB: ▓▓▓ 1985

3. An H2B visa is for a nonagricultural temporary worker, performing services unavailable in the U.S. Supporting the above-listed individual's nonimmigrant application for H2B visa were a Department of State forms DS-156 and DS-157, which are supplemental nonimmigrant visa application forms supporting the claims/qualifications/eligibility of the applicants for the "guest relations" positions that they were applying for. On each of the application forms Zenaida REYES was listed as the person who the applicant will be staying with and the individual paying for the trip.

4. All nine of the applicants indicated on their visa applications that they had attended the "Center for Entertainment Research and Communication for Asia and the Pacific" (CERCAP) in Manila, Philippines. Five of the applicants claimed on their applications that they had worked at Party Central in Manila. Three claimed they worked as entertainers at Planet Bingo in Manila, and one applicant claimed she worked at Estudio 810 in Manila. Subsequent investigation developed evidence that these work histories were false.

5. On April 28, 2006, Arby Moselina, a Foreign Service National (FSN) working for the ICE Visa Security Unit (VSU) at the U.S. Embassy in Manila, attempted to verify the information on the nine visa applications. FSN Moselina determined that Party Central does not exist and that Estudio 810 burned down in 2005 and no longer exists. On May 3, 2006, FSN Moselina determined that Planet Bingo was a small establishment that conducts bingo games with no evidence of organized entertainment.

6. On May 17, 2006, FSN Nanette Enero, employed by the U.S. Department of State and assigned to the U.S. Consulate in Manila, attempted to locate CERCAP in Manila for the purpose of interviewing CERCAP employees and verifying information submitted in the 9 visa applications. FSN Enero could not locate CERCAP which was listed in the applications as located in the ground floor and second floor of the Eligardi Building at 976 Quirino Avenue, Malate, Manila. While at this address looking for CERCAP, FSN Enero encountered Helen Elma, operations manager for Eligardi International Agency. Helen Elma told FSN Enero that

3

CERCAP started operating about five years ago but has been closed since December 2005. Several of the goup of 9 visa applicants claimed to have been at CERCAP after December 2005. Helen Elma told FSN Enero that Eligardi International Agency books talents for overseas performance. Elma explained to FSN Enero that the minimum required training for a talent is six months and a maximum of two years before applicants can be booked by Elgardi for overseas performance.

7. Approximately one week later, Helen Elma contacted FSN Enero and asked about pending visa petitions FSN Enero could not understand why Helen Elma was asking specific questions about 9 visas because FSN Enero had not provided Helen Elma with any details concerning the visa applications when they first spoke on May 17. Helen Elma later contacted FSN Enero and told FSN Enero that she had a gift for FSN Enero.

8. On June 19, 2006, REYES arrived at the U.S. Embassy Manila accompanied by four female members of the Baywalk Bodies, an entertainment group from the Philippines. REYES was petitioning for four female members of Baywalk Bodies to perform at Alindog Karaoke Lounge in Guam. The four visa applicants were to travel to Guam on a P1 visa. A P1 visa is for an alien entertainer coming temporarily to perform as a member of a foreign-based entertainment group. The four P1 visa applicants are:

    Ma Christina Generoso, DOB: ███ 1982
    Jenny Maliwanag, DOB: ███ 1979
    Amor Pagilao, DOB: ███ 1978
    Maria Medalla, DOB: ███ 1974

9. Because of an ongoing investigation into the suspicious visa applications previously submitted by the nine females seeking to work at Alindog Karaoke Club as "Guest Relations Officers" these four new visa applications were denied without further investigation.

10. On June 19, 2006, under the supervision of ICE Special Agent Steve Gurion, FSN Enero contacted Helen Elma in an effort to allow Elma the opportunity to make conversation that would illuminate Elma's relationship with Zenaida "Heidi" Reyes and Elma's involvement with

4

the nine suspicious visa applications. Elma asked FSN Enero if she knew anything about the status of the nine visas that had been denied. Then Elma invited FSN Enero to come to Eligardi International Agency to discuss the nine denied visa applications and to see the nine females perform.

11. On June 20, 2006, under the supervision of ICE Special Agent Gurion, FSN Enero met Helen Elma and Luz Pacifico at Eligardi International Agency. Luz Pacifico claims to be the owner of Eligardi Enterprises and CERCAP Luz Pacifico asked FSN Enero how the visa situation for the nine females could be fixed. FSN Enero told Luz Pacifico that the visas had been denied because they did not meet the classification of an H2B visa. FSN Enero recommended that the applications be resubmitted as P1 visas.

12. Elma and Pacifico then escorted FSN Enero upstairs where FSN Enero watched seven of the nine female visa applicants perform a song and dance routine. After the performance, FSN Enero was introduced to Heidi REYES. FSN Enero recognized Heidi as the same Zenaida REYES who came to the U.S. Consulate on June 19, 2006 with four females from Baywalk Bodies who were seeking visas to work for REYES in Guam. REYES introduced herself as the owner of Alindog Karaoke in Guam. REYES asked for FSN Enero's help in securing the visas for the nine females. The meeting ended with the understanding that FSN Enero will contact Luz Pacifico if FSN Enero has any further information regarding the nine denied visa applications.

13. To further the ongoing investigation, the four P1 visas requested by Baywalk Bodies and REYES were approved. On June 23, 2006, after learning that the visas for the four "Baywalk Bodies applicants had been approved, REYES called FSN Enero and asked to meet Enero at Figaro Coffee shop in Malate, Manila, Philippines.

14. Under the direction and supervision of Special Agent Gurion and Special Agent Jim Breen, FSN Enero met with REYES at the Figaro coffee shop at about 5:15 pm on June 23, 2006. REYES appeared nervous and constantly looked around. REYES asked FSN Enero to accompany her to the restroom. While in the restroom, REYES thanked FSN Enero for her help in getting the four visas approved for Baywalk Bodies. REYES handed an envelope to FSN

5

Enero and that the envelope contains 20,000 Philippine Pesos. REYES provided FSN Enero with her telephone numbers in Guam.

15. Upon completion of the meeting, FSN Enero met with Special Agents Gurion and Breen and handed the envelope to Special Agent Gurion. Agents Gurion and Breen opened the envelope and counted the money which did in fact total 20,000 pesos which is equivalent to approximately $377.00 U.S. dollars at an exchange rate of 53 pesos to one dollar.

16. On June 30, 2006, at about 4:05 pm, under the direction of Agent Gurion in Manila and your affiant in Guam, FSN Enero placed a call from Manila to REYES in Guam. REYES answered the call, acknowledged knowing FSN Enero, and invited FDSN Enero to stay with her in Guam. FSN thanked REYES for the money REYES gave Enero in Manila and REYES responded by saying "I'll be giving you . . . Oh, even bigger than that. As long as we fix it well."

17. On July 21, 2006, under the direction of Agent Gurion in Manila and your affiant in Guam, FSN Enero placed a call from Manila to REYES in Guam. In the ensuing conversation, FSN Enero told REYES that she was being detailed temporarily out of the country and would not be available for a face to face visit on REYES next trip to Manila. FSN Enero told REYES that she could get the nine denied visa applications reconsidered and approved but in order to avoid detection, FSN Enero would have to re-process the nine denied visas three at a time over a certain period of time. FSN Enero asked REYES if REYES was able to send some money as a down payment for the first three visas and REYES said that she would send two hundred dollars via Western Union.

18. On July 21, 2006, at about 5:30pm, FSN Enero at the direction and supervision of Agent Gurion, went to Western Union at Javo Enterprises A.M. Adriatico St., Malate 1767-Metro Manila and picked up two hundred dollars in cash that had been sent by REYES in Guam.

19. On August 3, 2006, the four females from the Baywalk Bodies arrived in Guam on board Philippines Airline flight number 110. The four females were met at the Guam International Airport by REYES. The four females were taken to Maiana Hotel.

6

20. On August 9, 2006, an ICE confidential informant (CI) was issued $500.00 in undercover funds. Under the supervision of your affiant, the CI went to Alindog Karaoke Lounge to confirm that the Baywalk Bodies were in fact performing. The CI stayed at Alindog Lounge for approximately three hours and after departing Alindog Karaoke Lounge met with your affiant. The CI told your affiant, that upon arriving at Alindog he met with REYES. REYES asked the CI if the CI wanted to sit with one of the Baywalk Bodies and the CI replied yes. REYES called Jeanette which is the performance name for Maria Medalla.

21. The CI sat with Jeanette during Jeanette's breaks and purchased approximately eight shots of tequila for Jeanette. The CI tried to engage Jeanette in conversation about how much Jeanette makes in commissions for the drinks bought for Jeannette and Jeanette refused to discuss the subject with the CI. The CI also observed that the other three Baywalk Bodies entertainers were also sitting with other customers and that drinks were being bought for the females.

Based on the foregoing facts, your affiant has probable cause to believe that the defendant, ZENAIDA REYES a/k/a HEIDI REYES:

Did knowingly procure and obtain visas for four Baywalk Bodies entertainers who traveled to Guam on P1 visas by means of false claims and statements or otherwise procured by fraud or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a); and

did directly or indirectly, gave, offered, and promised a thing of value to Nanette Enero, a Department of State Foreign Service National employed at the U.S. Consulate, Manila,

//
//
//
//
//
//
//

7

Philippines, a public official, for and because of an official act performed or to be performed by said public official, in violation of Title 18, United States Code, Section 201(c)(1)(A).

JOHN SAN AGUSTIN DUENAS
Special Agent
U.S. Immigration and Customs Enforcement

SWORN AND SUBSCRIBED TO before me on this  15th  day of August, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

8