LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

06-00012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. _____ |
| Plaintiff, | ) | |
| vs. | ) | UNITED STATE'S APPLICATION TO SEAL COMPLAINT AND AFFIDAVIT, AND WARRANT FOR ARREST |
| ZENAIDA D. REYES a/k/a HEIDI REYES, | ) | |
| Defendant. | ) | |

COMES NOW the United States moves this Honorable Court for an order sealing the Complaint and Affidavit, and Warrant for Arrest, in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 15th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney