1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2006
MARY L.M. MORAN
CLERK OF COURT

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF GUAM

9

10 UNITED STATES OF AMERICA,            )    MAGISTRATE CASE NO. 06-00012
                                        )
11              Plaintiff,              )
                                        )
12         vs.                          )    **ORDER**
                                        )
13 ZENAIDA D. REYES                     )
   a/k/a HEIDI REYES,                   )
14                                      )
                Defendant.              )
15 _____)

16      This matter having come before this Court based on the United States' Application to

17 Seal the Complaint and Warrant for Arrest in the above-captioned matter; and the Court finding

18 good cause for the issuance of the Order;

19      **IT IS HEREBY ORDERED** that this case be sealed until otherwise ordered by the

20 Court.

21

22 DATE: August 15, 2006

                                            _____
23                                          JOAQUIN V.E. MANIBUSAN, JR.
                                            Magistrate Judge
                                            District Court of Guam

**ORIGINAL**