zenaidareyes

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>ZENAIDA D. REYES,<br>aka HEIDI REYES,<br><br>    Defendant. | MAGISTRATE CASE NO. 06-00012<br><br>**APPLICATION TO UNSEAL COMPLAINT AND AFFIDAVIT, AND WARRANT FOR ARREST** |

COMES NOW the United States moves this Honorable Court for an order unsealing the Complaint and Affidavit, and Warrant for Arrest, in the above-entitled case for the reason that the defendant has been arrested and there is no longer a need to keep this cause sealed.

Respectfully submitted this 17th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ KARON V. JOHNSON
Assistant U.S. Attorney

**ORIGINAL**