LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00012 |
| Plaintiff, | ) **ORDER TO UNSEAL** |
| vs. | ) |
| ZENAIDA D. REYES, aka HEIDI REYES, | ) |
| Defendant. | ) |

This matter having come before this Court based on the United States' Application to Unseal the Complaint and Warrant for Arrest in the above captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that this case be unsealed.

Dated: August 17, 2006

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**