AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

V.

**ZENAIDA D. REYES**
aka HEIDI REYES

**WARRANT FOR ARREST**

Case Number: MJ-06-00012

**FILED**
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ **ZENAIDA D. REYES aka HEIDI REYES** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

**COUNT I - VISA FRAUD [18 U.S.C. §1546(a)]**

**COUNT II - BRIBERY OF PUBLIC OFFICIAL [18 U.S.C. §201 (c)(1)(A)]**

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

**August 15, 2006; Hagatna, Guam**
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/15/2006 | John Duenas, SA ICE | [Signature] |
| DATE OF ARREST 8/17/2006 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   <u>ZENAIDA D. REYES aka HEIDI REYES</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____