HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG 24 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 06-00012 |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| ZENAIDA D. REYES, also known as Heidi Reyes, | |
| Defendant. | |

Zenaida D. Reyes, defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as her retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, John T. Gorman, Esq., Federal Public Defender, her court-appointed attorney of record in the above-entitled proceeding, each of the undersigned consenting

ORIGINAL

(SUBSTITUTION OF ATTORNEYS)
Magistrate Case No. 06-00012

hereto.

Dated at Hagåtña, Guam, this 24rd day of August, 2006.

_____
ZENAIDA D. REYES
Defendant

_____
JOHN T. GORMAN
Withdrawing attorney for
Defendant

_____
HOWARD TRAPP
Substituting attorney for
Defendant

(DOCUMENT\SUBATTYZReyes)

2

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on August 24, 2006, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2006, at Hagåtña, Guam.

                                                  _____
                                                  REINA Y. URBIEN