HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG 25 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

DISTRICT COURT OF GUAM

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 06-00012 |
| Plaintiff, | ) | |
| vs. | ) | |
| ZENAIDA D. REYES, also known as Heidi Reyes, | ) | ORDER |
| Defendant. | ) | |

---

Zenaida D. Reyes, Defendant, the Office of the Federal Public Defender, John T. Gorman, Esq., Federal Public Defender, withdrawing attorney for Defendant, and Howard Trapp Incorporated, Howard Trapp, Esq., substituting attorney for Defendant, having consented hereto, and the Court being fully advised,

IT IS ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as Defendant's retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, John T. Gorman, Esq., Federal Public Defender, her court-appointed attorney of record in the above-entitled proceeding.

Dated at Hagåtña, Guam, this 25th day of August 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(DOCUMENT\ORDER.PB1as)