# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00012 |
| Plaintiff, | ) | |
| vs. | ) | |
| ZENAIDA D. REYES a.k.a. HEIDI REYES, | ) | ORDER |
| Defendant. | ) | |

On August 17, 2006, the Court ordered the above-named defendant to surrender her passport as a condition of pretrial release in the above-captioned case. On September 1, 2006, the Court ordered the defendant to surrender her passport as a condition of pretrial release in a related case (Criminal Case No. 06-00039). The Clerk of Court is directed to release the defendant's passport to the U.S. Probation Office. The U.S. Probation Office shall retain custody of the passport pending disposition of Criminal Case No. 06-00039.

SO ORDERED this 6th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**